UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>VS.<br><br>EL-TAIHEED BRANT<br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§ | CRIMINAL CASE #: 1:13-CR-00487-01 |

---

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

#### I.   INTRODUCTION

Pursuant to 189 U.S.C. § 3583(e)(1), El-Taiheed Brand, notifies this court that he is eligible for and order terminating his term of supervised release. Mr. Brant has successfully completed 20.77 months of a 36-month term of supervised release. His reintegration into society is complete and further supervision is unnecessary. A copy of this motion has been mailed two (2) day priority to the United States Probation Office and The United States District Attorney's Office.

#### II.   BACKGROUND[1]

In Jun. 2013, an Indictment was filed against Mr. Brant charging him and others with one count of unlaw acts to manufacture, distribute, or dispense, or possess with the intent to manufacture, distribute, or dispense a controlled substance. (18 U.S.C. §§ 841(a)(1), 841(b)(1)(A)). Count two, Hobbs Act Robbery Conspiracy. (18 U.S.C. §§ 1951 (b)(1), 1951(b)(3)). Count three, knowingly use and carry a firearm, and did aid and abet the use, carrying, and possession of a firearm. (18 U.S.C. § 924(c)(1)(A)(i) and 2)). (D.E. 8). Mr. Brant entered an

MEMO ENDORSED
The application is denied.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Sept. 19, 2022

---

[1] The abbreviation "D.E." stands for the "docket entry."

1